In the Matter of ROBERT RUBENSTEIN, Appellant, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued May 28, 1942; decided October 15, 1942.

*Maurice Shorenstein, Jack L. Rappaport* and *Samuel M. Shorenstein* for appellant.

*John J. Bennett, Jt., Attorney-General* (*Bernard Bienstock* of counsel), for respondent.

*Albert L. Solodar* for Allied Dental Council, Inc., *amicus curiæ.*

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division. No opinion. (See *Matter of Cherry*, 289 N. Y. 148.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY and DESMOND, JJ. Dissenting: FINCH, LEWIS and CONWAY, JJ.